NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1456

THOMAS S. ROSS,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States District Court for the Southern District of Florida in case no. 07-CV-61723, Judge James I. Cohn.

ON MOTION

## O R D E R

Upon consideration of Thomas S. Ross's unopposed motion for an extension of time, until September 8, 2009, to file his informal brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 2 8 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   Thomas S. Ross
      David I. Mellinger, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 2 8 2009

JAN HORBALY
CLERK